ORIGINAL

Joe Gonzales
#30083077
B.O.P. Fort Worth FCI
P.O. Box 15330
Fort Worth, TX. 76119

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG - 1 2016 2:15 pm
CLERK, U.S. DISTRICT COURT
By_____ Deputy

United States District Court
Northern District of Texas
Fort Worth Division

| Joe Gonzales, Plaintiff v. WAT Sgt. Hill, et al. Defendants. | No. 4:16-CV-291-A  Notice Of Appeal |
|---|---|

Notice is hereby given that plaintiff in the above captioned case hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on the 15th day of July, 2016. The grounds for appeal is the district court erred by converting defendants Rule 12(b)(6) motion to dismiss into a Rule 56 motion for summary and relying on matters outside the pleadings without giving parties notice and an opportunity to conduct discovery and requires reversal.

Date: July 28, 2016

*Joe Gonzales*
Joe Gonzales

CERTIFICATE OF SERVICE

I CERTIFY THAT I MAILED PLAINTIFFS NOTICE OF APPEAL TO THE FOLLOWING:

STEPHEN C. MAXWELL AND DANIEL P. SULLIVAN
BAILEY & GALYEN, 1300 SUMMIT AVE., SUITE 650
FORT WORTH, TX., 76102

LUIS A. GALINDO, 600 FT. WORTH CLUB BUILDING,
306 WEST 7th ST., FT. WORTH, TX., 76102

KENNETH E. EAST, FOSTER & EAST, 9001 AIRPORT
FREEWAY SUITE 675, N. RICHLAND HILLS, TX., 76180

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON JULY 28, 2016.

*Joe Gonzales*
JOE GONZALES
# 30083-077
B.O.P. FORT WORTH FCI
P.O. BOX 15330
FORT WORTH, TX. 76119

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JOE GONZALES, | § |
| Plaintiff, | § § § |
| VS. | §  NO. 4:16-CV-291-A |
| SWAT SGT. HILL, ET AL., | § § |
| Defendants. | § § |

## FINAL JUDGMENT

Consistent with the court's memorandum opinion and order of even date herewith,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiff, Joe Gonzales, against defendants, SWAT Sergeant Hill, Officer Harris, Officer Villenueve, Officer Cunningham, Officer Clowers, Officer Brian Gentry, and Officer Dennis Alise, be, and are hereby, dismissed.

SIGNED July 15, 2016.

_____
JOHN McBRYDE
United States District Judge

JOE Gonzales # 30083-077
Federal Correctional Institution
P.O. Box 15330
Fort Worth Texas 76119

Legal Mail

Mail out July 28, 2016

Federal Correctional Institution
3150 Horton Rd.
Fort Worth, TX 76119
Date 7/24/16

This enclosed letter was processed through special mailing procedures for forwarding to you. This letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

7510235759 0024

⇔ 30083-077 ⇔
Us Dist Courts N Dist Clerk
501 W 10TH ST
Room#310
FORT Worth, TX 76102
United States

CLERK OF COURT
2016 AUG -1 PM 2: 16
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT WORTH DIVISION

USA FOREVER